# EXHIBIT A

*Amended Report of Charles Alford*

**Charles L. Alford, Ph.D.**
Overlook Executive Park
109 Laurens Rd.
Building 2, Suite C
Greenville, SC 29607
Office (864) 233-8593
FAX (864) 233-4819
charlie@cla3.com

January 3, 2020

Brian P. Murphy
Stephenson & Murphy
Attorneys at Law
207 Whitsett St.
Greenville, SC 29601

Re: Tara Taylor

Dear Mr. Murphy:

I have completed an analysis of the pecuniary loss to Mrs. Tara Taylor which resulted from the transfer of her Fluor Corporation job from Afghanistan to the United States. The total computed present value loss, based on assumptions that Fluor's current LOGCAP project contract has been extended to June of 2021[1] and that the trial date is February 18, 2020, is **$1,531,527**. Exhibit 1 enclosed includes values for the individual elements of damage. Additional exhibits show detailed computations.

## Case Facts

My analysis is based on the following case facts.

1. Mrs. Taylor's transfer to the states was effective October 1, 2014.[2]

2. Her hourly rate of pay at that time was $41.15.[3]

3. Her hourly rate of pay increased to $42.48 on approximately February 8, 2015,[4] to $44.23 on approximately April 1, 2015,[5] and to $48.03 on approximately February 1, 2017.[6] She received no raises through the end of 2018.[7] Beginning January 1, 2019 she began working

---

[1] My computations are subject to change if it is determined that the current extension will end at a date earlier than or later than June 30, 2021.

[2] Provided by Mrs. Taylor.

[3] Payroll records.

[4] Payroll records.

[5] Mrs. Taylor.

[6] Mrs. Taylor.

[7] Mrs. Taylor.

for Midnight Sun Technologies, LLC at an annual salary of $130,000. That salary remains the same in 2020.[8]

4. While working in Afghanistan she was compensated for 84 hours weekly at her existing hourly rate (no overtime premium).[9]

5. While in Afghanistan she was also compensated at a "salary uplift" for the first 40 hours of each week. The salary uplift was 80% through February 3, 2016,[10] 55% through January 11, 2019, and 45% thereafter.[11]

6. Mrs. Taylor would have been eligible for four "home leave/R&R" periods yearly through 2016 and three such leaves per year thereafter.[12] During these leave periods she would have been compensated at her base rate for only 40 hours weekly and with no salary uplift.[13]

7. While working in Afghanistan, she received a retention allowance in June and another in December. The allowance in December 2014 would have been $3,750. Each subsequent allowance would have increased by $500 until the maximum of $7,250 every six months was reached.[14] Effective July 1, 2018, however, the retention allowance was changed to a flat $2,500 every six months.[15]

8. Mrs. Taylor incurred no costs for rent and utilities while working in Afghanistan. Meals were provided at no cost to her. Upon returning to Greenville, she began paying monthly rent of $1,195 and continued paying this amount until she transferred to Jacksonville, FL in approximately April 2015. Her average monthly utility bill in Greenville was $81 in 2014 (October-December) and $191 in 2015 (January-March).[16]

9. Mrs. Taylor benefitted from the Foreign Earned Income Tax Exclusion through 2014. The gross exclusion amounts in 2015-2018 were $100,800, $101,300, $102,100, and $104,100.

---

[8] Mrs. Taylor

[9] Payroll records.

[10] Taylor v. Fluor DEF 005611.

[11] Deposition testimony of Robert Wells and William M. Smith, III, April 27, 2018.

[12] "In Country News, A Message for Fluor LOGCAP IV Task Order 5 Afghanistan Personnel," December 22, 2016.

[13] Mrs. Taylor.

[14] Deposition testimony of Robert Wells and William M. Smith, III, April 27, 2018.-

[15] Taylor v. Fluor DEF 003329.

[16] Mrs. Taylor.

The 2019 gross exclusion amount is $105,900.[17] In 2014 her exclusion was 91.5% of the gross exclusion amount.[18] This is based on the proportion of days when she was in the United States.

10. The Social Security Administration publishes annual rates of inflation at 0.86% for 2016, 2.76% for 2017, and 2.65% for 2018. It projects inflation rates of 1.80% for 2019 and 2.60% for years thereafter.[19]

## Assumptions

In completing this preliminary analysis I have made the following assumptions.

1. If given the opportunity, Mrs. Taylor would have continued working in Afghanistan through June 2021.

2. If she had remained in Afghanistan, her hourly compensation rate would have increased at inflationary rates of 0.86% in 2016 to $42.70, 2.76% in 2017 to $43.88, and 2.65% in 2018 to $45.04, 1.80% in 2019 to $45.85, 2.60% in 2020 to $47.04, and 2.6% in 2021 to $48.26.[20]

3. She would have elected to use four home leave/R&R periods each year through 2016, three such periods in 2017 - 2020, and one such period during the first six months of 2021. For these periods she would have been paid for 40 hours weekly with no overtime or salary uplift.

4. In her present position, her compensation will increase from 2020 to 2021 with inflation at 2.60%.

5. The gross foreign income tax exclusion will increase with inflation at 2.6% in 2020.

6. The additional rent expense incurred by Mrs. Taylor would have continued at $1,195 monthly in 2015 and would have increased with inflation in subsequent years. Utilities expense would have remained at $191 monthly in 2015 and would have increased with inflation in subsequent years.

7. The appropriate estimate of food cost savings is the average monthly expenditure for food eaten at home in single-person households. This was $335 monthly (2015 dollars) in

---

[17] Internal Revenue Service.

[18] Federal income tax return of Mr. and Mrs. Taylor, 2014.

[19] Social Security Administration, *2019 OASDI Trustees Report,* Table V.B1, "Principal Economic Assumptions."

[20] If actual and projected inflation rates are not applied to earnings and additional costs of room and board, the total computed pecuniary loss to Mrs. Taylor is $1,430,669.

2015.[21] This element of damage is adjusted to reflect those periods when Mrs. Taylor would have exercised home leave/R&R.

8. The resolution date of the matter is estimated at February 18, 2020.

9. Losses after February 18, 2020 are reduced to present value using yields on U. S. Treasury issues maturing in the middle of years 2020 and 2021.

## Methodology

### Earnings

Exhibits 2-9 show period computations of gross lost earnings. For each period I have computed gross earnings in Afghanistan to include base pay, overtime pay (without overtime premium), salary uplift, and retention allowances. I have included only base pay for periods of home leave/R&R. Also for each period I have computed base pay in the United States based on adjusted salary levels, which are higher than the salary levels projected for Afghanistan work.

*Foreign Earned Income Tax Exclusion* – Mrs. Taylor benefited from the Foreign Earned Income Tax Exclusion, including year 2014. The effect of this exclusion is to increase disposable income. The increased disposable income due to the exclusion is in addition to the additional gross income that she earned by working in Afghanistan instead of the United States. Exhibit 10 shows computations of the lost tax exclusion benefits.

### Rent, Utilities, Food Costs

Exhibit 11 shows rent and utilities costs based on the incurred expenses in Greenville, SC. In the spring of 2015 Mrs. Taylor transferred to Jacksonville, FL., where these expenses are higher. However, I have used the Greenville based costs because, if she had remained in Afghanistan, these represent her room and board cost savings.

Exhibit 12 shows the additional costs of food incurred by Mrs. Taylor as a result of the transfer back to the United States. The costs exclude periods when she would have been on home leave/R&R.

Mrs. Taylor's expenditures for these items are in after-tax dollars. This element of loss to her is appropriately expressed in before-tax dollars. The equivalent before-tax dollar costs of these items are shown in Exhibits 11 and 12.

---

[21] U. S. Bureau of Labor Statistics, *Consumer Expenditure Survey*, August 2016.

**Income Tax Effect of One-time Award**

If Mrs. Taylor had continued working in Afghanistan, her current federal marginal income tax bracket would have been 30%. If she receives a lump sum award compensating her for the loss, her marginal bracket will be 43%. Therefore an award of the computed damages which excludes recognition of this additional tax effect will not place her in the same position that she would have been in without the transfer back to the US. The additional payment which is necessary to place her in the same position, shown in Exhibit 1, is $199,099.

**Reservation to Amend or Update**

The appropriate computation of the pecuniary loss to Mrs. Taylor may change with the passage of time and/or the availability of additional information. I respectfully reserve the right to amend or update my report if it becomes appropriate to do so.

**Qualifications and Fees**

My résumé and a summary of my testimony since 2014 are enclosed. Charges for work by my firm in this case are at standard hourly rates, currently $480 for my time and $125 for that of my Assistant.

Cordially,

Charles L. Alford, Ph.D.

CLA/pc
Enclosures

January 3, 2020

## Exhibit 1

## Tara Taylor

## Summary of Present Value Losses

| Time Period | Lost Gross Compensation | Additional Lost Disposable Income Due to Loss of Foreign Earned Income Tax Exclusion | Tax Effected Lost Gross Compensation | Additional Costs of Rent, Utilities, and Food | Total |
|---|---|---|---|---|---|
| 10/1/2014 - 12/31/2014 | 41,279 | - | 41,279 | 7,316 | 48,595 |
| 2015 | 160,707 | 30,437 | 191,144 | 30,366 | 221,510 |
| 2016 | 163,587 | 30,588 | 194,175 | 30,627 | 224,802 |
| 2017 | 149,107 | 30,829 | 179,936 | 31,592 | 211,528 |
| 2018 | 157,818 | 30,480 | 188,298 | 31,952 | 220,250 |
| 2019 | 110,023 | 23,256 | 133,279 | 29,103 | 162,382 |
| 2020 | 115,040 | 23,936 | 138,976 | 29,676 | 168,652 |
| 1/1/2021-6/30/2021 | 59,631 | | 59,631 | 15,079 | 74,710 |
| Total 10/1/2014 - 6/30/2021 | 957,192 | 169,526 | 1,126,718 | 205,711 | 1,332,429 |

Additional marginal tax on one-time award     199,099

Total loss through 6/30/2021     **1,531,527**

All numbers do not appear to sum correctly due to rounding.

# Exhibit 2

# Lost Gross Compensation

# October - December 2014

## Gross pay without transfer to States

| Element of Compensation | Uplift rate | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|---|
| Base pay | | 41.15 | 40 | 1,646 | 13 | 21,398 |
| Overtime | | 41.15 | 44 | 1,811 | 12 | 21,727 |
| Salary uplift | 80% | 32.92 | 40 | 1,317 | 12 | 15,802 |
| Total weekly compensation | | | | | | 58,927 |

| Retention allowance | | | | |
|---|---|---|---|---|
| | Dec-14 | 3,750 | | |
| Total retention allowance | | | | 3,750 |
| Total compensation without transfer stateside | | | | 62,677 |

## Gross pay with transfer to States

| Element of Compensation | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|
| Base pay | 41.15 | 40 | 1,646 | 13 | 21,398 |

**Lost gross compensation, October - December 2014**     **41,279**

# Exhibit 3
# Lost Gross Compensation
# 2015

## Gross pay without transfer to States

| | | | | | | |
|---|---|---|---|---|---|---|
| Hourly rate through | 2/7/2015 | 41.15 | | | | |
| Hourly rate after | 2/7/2015 | 42.48 | | | | |
| Weighted average | | 42.34 | | | | |

| Element of Compensation | Uplift rate | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|---|
| Base pay | | 42.34 | 40 | 1,694 | 52 | 88,067 |
| Overtime | | 42.34 | 44 | 1,863 | 48 | 89,422 |
| Salary uplift | 80% | 33.87 | 40 | 1,355 | 48 | 65,030 |
| Total weekly compensation | | | | | | 242,520 |
| | | | | | | |
| Retention allowance | | Jun-15 | 4,250 | | | |
| | | Dec-15 | 4,750 | | | |
| Total retention allowance | | | | | | 9,000 |
| Total compensation without transfer stateside | | | | | | 251,520 |

## Gross pay with transfer to States

| | | |
|---|---|---|
| Hourly rate through | 2/7/2015 | 41.15 |
| Hourly rate through | 3/31/2015 | 42.48 |
| Hourly rate after | 3/31/2015 | 44.23 |
| Weighted average | | 43.66 |

| Element of Compensation | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|
| Base pay | 43.66 | 40 | 1,746 | 52 | 90,813 |

**Lost gross compensation, 2015**                    **160,707**

# Exhibit 4
# Lost Gross Compensation
# 2016

## Gross pay without transfer to States

| | | | | | |
|---|---|---|---|---|---|
| Weighted average hourly rate, 2015 | | | 42.34 | | |
| Projected increase, 2016 | | | 0.86% | | |
| Projected hourly rate, 2016 | | | 42.70 | | |

| Element of Compensation | Uplift rate | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|---|
| Base pay | | 42.70 | 40 | 1,708 | 52 | 88,816 |
| Overtime | | 42.70 | 44 | 1,879 | 48 | 90,182 |
| Salary uplift | 80% | 34.16 | 40 | 1,366 | 48 | 65,587 |
| Total weekly compensation | | | | | | 244,586 |

| | | | |
|---|---|---|---|
| Retention allowance | Jun-16 | 5,250 | |
| | Dec-16 | 5,750 | |
| Total retention allowance | | | 11,000 |
| Total compensation without transfer stateside | | | 255,586 |

## Gross pay with transfer to States

| Element of Compensation | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|
| Base pay | 44.23 | 40 | 1,769 | 52 | 91,998 |

**Lost gross compensation, 2016**          **163,587**

# Exhibit 5
# Lost Gross Compensation
# 2017

## Gross pay without transfer to States

| | | | | | | |
|---|---|---|---|---|---|---|
| Projected hourly rate, 2016 | | | 42.70 | | | |
| Projected increase, 2017 | | | 2.76% | | | |
| Projected hourly rate, 2017 | | | 43.88 | | | |

| Element of Compensation | Uplift rate | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|---|
| Base pay through Feb 3 | | 43.88 | 40 | 1,755 | 5 | 8,776 |
| Overtime through Feb 3 | | 43.88 | 44 | 1,931 | 5 | 9,654 |
| Salary uplift through Feb 3 | 80% | 35.10 | 40 | 1,404 | 5 | 7,020 |
| Base pay after Feb 3 | | 43.88 | 40 | 1,755 | 47 | 82,494 |
| Overtime after Feb 3 | | 43.88 | 44 | 1,931 | 44 | 84,952 |
| Salary uplift after Feb 3 | 55% | 24.13 | 40 | 965 | 44 | 42,469 |
| Total weekly compensation | | | | | | 235,364 |
| | | | | | | |
| Retention allowance | | Jun-17 | 6,250 | | | |
| | | Dec-17 | 6,750 | | | |
| Total retention allowance | | | | | | 13,000 |
| Total compensation without transfer stateside | | | | | | 248,364 |

## Gross pay with transfer to States

| | | | | | |
|---|---|---|---|---|---|
| Hourly rate through 1/30/17 | | | 44.23 | | |
| Hourly rate after 1/30/17 | | | 48.03 | | |
| Weighted average | | | 47.72 | | |

| Element of Compensation | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|
| Base pay | 47.72 | 40 | 1,909 | 52 | 99,258 |

**Lost gross compensation, 2017**                      **149,107**

# Exhibit 6
# Lost Gross Compensation
# 2018

## Gross pay without transfer to States

| | | | | | | |
|---|---|---|---|---|---|---|
| Projected hourly rate, 2017 | | | 43.88 | | | |
| Projected increase, 2018 | | | 2.65% | | | |
| Projected hourly rate, 2017 | | | 45.04 | | | |

| Element of Compensation | Uplift rate | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|---|
| Base pay | | 45.04 | 40 | 1,802 | 52 | 93,683 |
| Overtime | | 45.04 | 44 | 1,982 | 49 | 97,106 |
| Salary uplift | 55% | 24.77 | 40 | 991 | 49 | 48,549 |
| Total weekly compensation | | | | | | 239,339 |
| | | | | | | |
| Retention allowance | | Jun-18 | 7,250 | | | |
| | | Dec-18 | 2,500 | | | |
| Total retention allowance | | | | | | 9,750 |
| Total compensation without transfer stateside | | | | | | 249,089 |

## Gross pay with transfer to States

| Element of Compensation | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|
| Base pay | 43.88 | 40 | 1,755 | 52 | 91,270 |

**Lost gross compensation, 2018**                    **157,818**

# Exhibit 7
# Lost Gross Compensation
# 2019

## Gross pay without transfer to States

| | | | | | | |
|---|---|---|---|---|---|---|
| Projected hourly rate, 2018 | | | 45.04 | | | |
| Projected increase, 2018 | | | 1.80% | | | |
| Projected hourly rate, 2017 | | | 45.85 | | | |

| Element of Compensation | Uplift rate | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|---|
| Base pay through January 11 | | 45.85 | 40 | 1,834 | 2 | 3,668 |
| Overtime through January 11 | | 45.85 | 44 | 2,017 | 2 | 4,035 |
| Salary uplift through January | 55% | 25.22 | 40 | 1,009 | 2 | 2,018 |
| Base pay after January 11 | | 45.85 | 40 | 1,834 | 50 | 91,700 |
| Overtime after January 11 | | 45.85 | 44 | 2,017 | 47 | 94,818 |
| Salary uplift after January 11 | 45% | 20.63 | 40 | 825 | 47 | 38,784 |
| Total weekly compensation | | | | | | 235,023 |
| | | | | | | |
| Retention allowance | | Jun-19 | 2,500 | | | |
| | | Dec-19 | 2,500 | | | |
| Total retention allowance | | | | | | 5,000 |
| Total compensation without transfer stateside | | | | | | 240,023 |

## Gross pay with transfer to States

| Element of Compensation | Weekly Pay | Number weeks | Total |
|---|---|---|---|
| Base pay | 2,500 | 52 | 130,000 |

## Lost gross compensation, 2019        110,023

# Exhibit 8
# Lost Gross Compensation
# 2020

## Gross pay without transfer to States

| | |
|---|---|
| Projected hourly rate, 2019 | 45.85 |
| Projected increase, 2020 | 2.60% |
| Projected hourly rate, 2020 | 47.04 |

| Element of Compensation | Uplift rate | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|---|
| Base pay | | 47.04 | 40 | 1,882 | 52 | 97,843 |
| Overtime | | 47.04 | 44 | 2,070 | 49 | 101,418 |
| Salary uplift | 45% | 21.17 | 40 | 847 | 49 | 41,493 |
| Total weekly compensation | | | | | | 240,755 |
| | | | | | | |
| Retention allowance | | Jun-20 | 2,500 | | | |
| | | Dec-20 | 2,500 | | | |
| Total retention allowance | | | | | | 5,000 |
| Total compensation without transfer stateside | | | | | | 245,755 |

## Gross pay with transfer to States

| | |
|---|---|
| Annual salary, 2020 | 130,000 |

| Element of Compensation | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|
| Base pay | | | 2,500 | 52 | 130,000 |

| | |
|---|---|
| **Lost gross compensation, January - December 2020** | **115,755** |
| **Present Value** | **115,040** |

# Exhibit 9
# Lost Gross Compensation
# January - June 2021

## Gross pay without transfer to States

| | | |
|---|---|---|
| Projected hourly rate, 2020 | 47.04 |
| Projected increase, 2021 | 2.60% |
| Projected hourly rate, 2021 | 48.26 |

| Element of Compensation | Uplift rate | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|---|
| Base pay | | 48.26 | 40 | 1,930 | 26 | 50,190 |
| Overtime | | 48.26 | 44 | 2,123 | 25 | 53,086 |
| Salary uplift | 45% | 21.72 | 40 | 869 | 25 | 21,720 |
| Total weekly compensation | | | | | | 124,996 |
| | | | | | | |
| Retention allowance | | Jun-21 | 2,500 | | | |
| Total retention allowance | | | | | | 2,500 |
| Total compensation without transfer stateside | | | | | | 127,496 |

## Gross pay with transfer to States

| | | |
|---|---|---|
| Projected annual salary, 2021 | 133,380 |

| Element of Compensation | Rate | Paid Hours/ Week | Weekly Pay | Number weeks | Total |
|---|---|---|---|---|---|
| Base pay | | | 2,565 | 26 | 66,690 |

| | |
|---|---|
| **Lost gross compensation, January - June 2021** | **60,806** |
| **Present Value** | **59,631** |

## Exhibit 10

## Lost Disposable Income from Foreign Earned Income Tax Exclusion

| Year | Gross Foreign Earned Income Tax Exclusion | Days in U.S. | Proportion of Days out of Country | Net Foreign Earned Income Tax Exclusion | Marginal Tax Rate | Income Tax Savings |
|------|-------|------|------|------|------|------|
| 2015 | 100,800 | 31 | 0.915 | 92,232 | 0.33 | 30,437 |
| 2016 | 101,300 | 31 | 0.915 | 92,690 | 0.33 | 30,588 |
| 2017 | 102,100 | 31 | 0.915 | 93,422 | 0.33 | 30,829 |
| 2018 | 104,100 | 31 | 0.915 | 95,252 | 0.32 | 30,480 |
| 2019 | 105,900 | 31 | 0.915 | 96,899 | 0.24 | 23,256 |
| 2020 | 109,000 | 31 | 0.915 | 99,735 | 0.24 | 23,936 |
| | | | | | | 169,526 |

# Exhibit 11

## Additional Costs of Rent and Utilities,

| Time Period | Monthly Rent | Monthly Utilities | Total Monthly | Number Months | Total for Period | Combined Marginal Tax Rate | Pre-tax Loss | Present Value |
|---|---|---|---|---|---|---|---|---|
| 10/1/14 - 12/31/14 | 1,195 | 81 | 1,276 | 3 | 3,829 | 0.35 | 5,891 | 5,891 |
| 1/1/15 - 12/31/15 | 1,195 | 191 | 1,386 | 12 | 16,634 | 0.33 | 24,827 | 24,827 |
| 1/1/16 - 12/31/16 | 1,205 | 193 | 1,398 | 12 | 16,777 | 0.33 | 25,041 | 25,041 |
| 1/1/17 - 12/31/17 | 1,239 | 198 | 1,437 | 12 | 17,240 | 0.33 | 25,732 | 25,732 |
| 1/1/18 - 12/31/18 | 1,271 | 203 | 1,475 | 12 | 17,697 | 0.32 | 26,025 | 26,025 |
| 1/1/19 - 12/31/19 | 1,294 | 207 | 1,501 | 12 | 18,016 | 0.24 | 23,705 | 23,705 |
| 1/1/20-12/31/20 | 1,328 | 212 | 1,540 | 12 | 18,484 | 0.24 | 24,321 | 24,171 |
| 1/1/21/-6/30/21 | 1,362 | 218 | 1,580 | 6 | 9,482 | 0.24 | 12,477 | 12,236 |
| Total 10/1/14 - 6/30/21 | | | | | | | | 167,628 |

# Exhibit 12

## Additional Costs of Food

| Time Period | Monthly Food | Number Months | Total for Period | Combined Marginal Tax Rate | Pre-tax Loss | Present Value |
|---|---|---|---|---|---|---|
| 10/1/14 - 12/31/14 | 335 | 2.77 | 927 | 0.35 | 1,425 | 1,425 |
| 1/1/15 - 12/31/15 | 335 | 11.08 | 3,711 | 0.33 | 5,538 | 5,538 |
| 1/1/16 - 12/31/16 | 338 | 11.08 | 3,743 | 0.33 | 5,586 | 5,586 |
| 1/1/17 - 12/31/17 | 347 | 11.31 | 3,926 | 0.33 | 5,860 | 5,860 |
| 1/1/18 - 12/31/18 | 356 | 11.31 | 4,030 | 0.32 | 5,927 | 5,927 |
| 1/1/19 - 12/31/19 | 363 | 11.31 | 4,103 | 0.24 | 5,398 | 5,398 |
| 1/1/20-12/31/20 | 372 | 11.31 | 4,209 | 0.24 | 5,539 | 5,504 |
| 1/1/21/-6/30/21 | 382 | 5.77 | 2,203 | 0.24 | 2,899 | 2,843 |
| Total 10/1/14 - 6/30/21 | | | | | | 38,083 |

**Charles L. Alford, Ph.D.**
**Overlook Executive Park**
**109 Laurens Rd.**
**Building 2, Suite C**
**Greenville, SC 29607**

**Office: (864) 233-8593**
**Fax: (864) 233-4819**
**charlie@cla3.com**

## Education

Ph.D. in Economics and Business Administration; University of Alabama, 1972; Major – marketing; Minors – economics and quantitative methods.

B.A. in Economics; Wofford College, 1968.

## Teaching and Administrative Experience

Professor Emeritus (2003), James C. Self Professor of Business Administration (1994), Professor (1983), Associate Professor (1976), Assistant Professor (1971) of Economics and Business Administration, Furman University.

Chair, Department of Economics and Business Administration, Furman University, 1976 – 1985.

Chair, Furman University Faculty, 1993 – 1995.

Faculty Athletic Representative to The Southern Conference and NCAA, 1995 – 2003.

## Teaching Assignments at Furman

Economics: macroeconomics, microeconomics, urban economics, personal finance.

Business Administration: principles of marketing, marketing research, marketing problems, marketing management (graduate level), quantitative methods for business, experiential learning in business.

Statistics: graduate and undergraduate.

Director of the Furman Economics and Business Administration Internship Program.

## Publications

"The Economist's Role in Wrongful Death Cases," with John G. Fulmer, *South Carolina Trial Lawyers Bulletin*, October, 1974.

"An Investigation into the Effects of Selected Variables Upon Barriers to Entry in Manufacturing Industries," *Southern Marketing Association Proceedings*, 1974.

"New Product Idea Generation: A Case Study of Household Cleaners," with J. Barry Mason, *Journal of Advertising Research*, Spring, 1974.

"The Effects of Oral vs. Written Two-Sided Messages," with J. M. Wilkerson, *Journal of the Academy of Marketing Sciences*, Summer, 1976.

*Succeeding in the Free Enterprise System*, CORBIA – Council of Resources, 1978. A textbook written for the South Carolina Veterans Administration.

"Business Goodwill in South Carolina," with Katherine Tiffany and Peter C. Tiffany, *South Carolina Lawyer*, May, 2011.

## Invited Lectures

"In Defense of Advertising," Wofford College, 1976.

"The Role of Marketing Research in the Business Enterprise," Wofford College, 1977.

"The Changing Marketing Concept," Sales and Marketing Executives Club of Greenville, 1978.

"What Really Matters," L. D. Johnson Memorial Lecture, Furman University, 1983.

Numerous speeches to local service, professional, and business organizations on business strategies and business valuation.

Co-presenter with Peter Tiffany, Timothy Madden, and Thomas Traxler, "2011 Family Law Intensive: Tax Returns, Other Financial Records & Valuation," October 2011.

## Professional Affiliations

American Economic Association
Southern Economic Association

Southern Marketing Association
National Association of Forensic Economics

## Awards and Honors

Western Electric Fund Award for innovative teaching, presented by the American Assembly of Collegiate Schools of Business, 1982.

Faculty Internship, Henderson Advertising Agency, 1972.

NDEA Fellowship, University of Alabama.

*Wall Street Journal* Award, Wofford College.

Listed in *Who's Who Among Expert Witnesses*.

## Other Professional Activities

Professional Associations – Attended, presented papers, discussed papers, chaired sessions, and judged papers at numerous professional association meetings.

## Consulting

Have been recognized in Federal District Courts, state courts in South Carolina, North Carolina, and Tennessee, South Carolina Family Courts, and the South Carolina Public Service Commission as an expert in economic and business affairs, including the following areas.

- valuation of closely held companies
- review of company performance and condition
- forecasting of sales and profits
- consideration of economic consequences of alimony and child support payments
- equitable distribution of marital assets
- application of South Carolina Department of Social Services Child Support Guidelines
- valuation of defined benefit pension plans
- computation of economic loss due to death, disability, and termination
- computation of lost business profits
- unfair trade practices
- antitrust violations

Have been appointed as the court's expert in South Carolina Family Court, South Carolina Circuit Court, and Masters in Equity in Greenville and Anderson counties.

Have been retained by plaintiff's attorneys, defendant's attorneys, United States Department of Justice, and insurance companies in evaluation of economic loss.

Have served as a consultant in valuation of numerous closely held companies outside the context of litigation, including manufacturers, wholesalers, retailers, professional associations, and personal service companies.

Other consulting experience includes market research and analysis, corporate image research, and development and implementation of strategic plans.

Have served on the local advisory boards of a bank, commercial real estate development firm, and travel agency.

## Community Activities

Past service on Travelers Rest Area Council, vice chairman, director, chair of Education Committee, co-chair of Economic Development Committee.

Past service on Travelers Rest Home Town Association, director, treasurer.

## Charles L. Alford, Ph.D.
## 2014 Depositions, Trials & Arbitrations

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 2/19/2014 | T | Charles J. Hodge | Linda Allen v. Robert Blackwell, MD, and Oaktree Medical Center d/b/a Pain Management Associates | Common Pleas | Greenville County |
| 2/20/2014 | D | Donald C. Coggins | Tap Root Dairy, LLC v. Purina Mills, LLC; Land O'Lakes and Purina Feed, LLC; Jim G. Baker; and Stan S. Penland, Jr. | General Court of Justice; Superior Court | Henderson County, North Carolina |
| 4/24/2014 | T | W. Norman Epps | Lori Batchler and Craig Batchler v. Stephen John Lewis, MD, Cherokee Womens Center, PA, Venkataiah Gutta, MD, and Gaffney Urology, PA | Common Pleas | Cherokee County |
| 5/15/2014 | T | Carl F. Muller | Louis Clay Tharp v. Media General, Inc.; Media General Operations, Inc. d/b/a WBTW CBS News 13 and the Morning News; Media General Communications Holdings, LLC d/b/a SCNOW.COM; Mason Snyder; and Nicole Boone | US District Court | District of South Carolina; Florence Division |
| 6/3/2014 | D | Thomas A. Killoren, Jr. | Ralph Burke McAtee and Tina Irene McAtee v. Werner Enterprises, Inc. and Moussa Traore | US District Court | District of South Carolina; Greenwood Division |
| 6/11/2014 | D | Donald C. Coggins, Jr. | Juan Corzo v. Jennifer H. Fiorini, MD, Coastal Carolina Surgical Specialists, and Trident Medical Center, LLC | Common Pleas | Charleston County |
| 6/12/2014 | D | T. Ryan Langley | Ricardo Hagood and the Cornerstone Agency v. Nationwide Mutual Insurance Company | US District Court | District of South Carolina; Spartanburg Division |
| 6/25/2014 | D | Carl F. Muller | Catherine Ladnier, Personal Representative of the Estate of Mary Caroline Ladnier Dennis, Deceased v. David F. Carver, M.D., Kenneth S. Campbell, M.D., Hospital Physician Partners, Inc. and EDCare Management, Inc. | Common Pleas | Pickens County |
| 7/11/2014 | D | Steven R. LeBlanc | H&C Corporation, Inc. v. Puka Creations, LLC and Robert Puka | US District Court | District of South Carolina; Florence Division |
| 8/5/2014 | D | James C. Alexander | Harold Douglas Rice v. BorgWarner TorqTransfer Systems Inc. and Thrift Brothers Inc. | Common Pleas | Greenville County |
| 8/18/2014 | D | Jay D. Lukowski | Terri Hendrix and Mike Hendrix v. Herschel Beker, M.D. and Resurgens, P.C. | Civil Court | Fulton County, Georgia |
| 10/2/2014 | T | Burl F. Williams | David Wilson, individually and derivatively on behalf of Carolina Custon Converting, LLC v. John Gandis, Andrea Comeau-Shirley, Zoi Films, LLC, Carolina Custom Converting, LLC and Carolina Custom Converting v. Dave Wilson, Steven Norvell, Neologic Distribution, Inc. and Freshwater Systems Inc. | Common Pleas | Greenville County |
| 11/5/2014 | T | James B. Drennan | Marcus B. Hodge, Margaret H. Nowell, and Colton Hodge v. Charles J. Hodge | Common Pleas | Spartanburg County |
| 11/6/2014 | T | James Stephen Welch | Mary Ann Eitel v. AnMed Health, et al. | Common Pleas | Anderson County |
| 11/12/2014 | D | Brad D. Hewett | Kathryn Welch v. Richard Stichter and Pike Electric, LLC | Common Pleas | Richland County |
| 11/21/2014 | D | Knox L. Haynsworth | McKinley, Cooper & Company, LLC v. J. Todd Highsmith, Shane Highsmith and Highsmith & Highsmith, LLC | Common Pleas | Greenville County |
| 12/8/2014 | D | Jay D. Lukowski | Heather Rice, Individually and as Administrator of the Estate of Matthew Rice v. Michael Katz, M.D. | Civil Court | Fulton County, Georgia |
| 12/11/2014 | T | Knox L. Haynsworth | McKinley, Cooper & Company, LLC v. J. Todd Highsmith, Shane Highsmith and Highsmith & Highsmith, LLC | Common Pleas | Greenville County |
| 12/19/2014 | D | Eric H. Philpot | David Harris v. DMX and Ricky Black | Common Pleas | Spartanburg County |

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 2/19/2015 | T | Jay D. Lukowski | Terri Hendrix and Mike Hendrix v. Herschel Beker, M.D. and Resurgens, P.C. | State Court | Fulton County, Ga |
| 2/25/2015 | T | Robert T. Usry | Lawrence Goldstein v. Nancy Jane Ballenger | Common Pleas | Spartanburg County |
| 3/6/2015 | T | Pamela E. Deal | Terry Smith v. James Rory Smith | Family Court | Pickens County |
| 3/16/2015 | D | E. Grey Wicker | John Bryant v. Aiken Regional Medical Centers, Inc. | Common Pleas | Aiken County |
| 3/19/2015 | D | W. Andrew Arnold | Team IA, Inc., v. Cicero Lucas, George Lawson, IV and 5 Point Solutions, LLC | Common Pleas | Lexington County |
| 3/26/2015 | T | W. Andrew Arnold | Team IA, Inc., v. Cicero Lucas, George Lawson, IV and 5 Point Solutions, LLC | Common Pleas | Lexington County |
| 5/19/2015 | D | Donald Chuck Allen | Linda White, as Special Administrator of the Estate of Broadus White, Jr., v. Raymond Sampson | Common Pleas | Anderson County |
| 5/20/2015 | D | Daniel E. Henderson | Cornelius J. Murphy v. Southeastern Stages, Inc. and Cynthia Ann Stewart | Common Pleas | Jasper County |
| 7/14/2015 | T | E. Grey Wicker | John Davis and Jane Davis v. James Travis Singleton | Common Pleas | Spartanburg County |
| 8/6/2015 | D | David J. Brousseau | Scott G. Edwards v. Group Alpha, Inc., Jerry D. Crane and Kathryn M. Edwards | Common Pleas | Anderson County |
| 8/13/2015 | D | Robert F. Goings | Paulino D. Camacaro v. Tommie Lee Sanders | Common Pleas | Greenville County |
| 8/20/2015 | D | Jean Perrin Derrick | Barbara S. Bodie as Personal Representative for the Estate of Robert M. Bodie, Sr., deceased, v. Duke Power Company, a/k/a Duke Energy Carolinas, LLC | US District Court | District of South Carolina |
| 8/26/2015 | T | Robert F. Goings | Paulino D. Camacaro v. Tommie Lee Sanders | Common Pleas | Greenville County |
| 9/30/2015 | T | Brian P. Murphy | Denise Parker v. The National Honorary Beta Club | Common Pleas | Spartanburg County |
| 10/27/2015 | D | Neal D. Truslow | Ronald Huff v. Jethery Bohannon, J.B. Hunt Transport, Inc. and J.B. Hunt Transport Services | Common Pleas | Lexington County |
| 10/28/2015 | T | David J. Brousseau | Scott G. Edwards v. Group Alpha, Inc., Jerry D. Crane and Kathryn M. Edwards | Common Pleas | Anderson County |
| 10/30/2015 | D | Neil C. Jones | Precision Fabrics Group, Inc. v. Tietex International, LTD | US District Court | Middle District of North Carolina |
| 11/3/2015 | D | James R. Gilreath | James R. Malloy v. Swain N. Thompson, Jr., et al. | Common Pleas | Greenville County |
| 11/5/2015 | D | Rodney M. Brown | James Curtis Shelton, as Personal Estate Representative of the Estate of Rose Mary Shelton v. Bon Secours St. Francis Health System, Inc., and Kerisea S. McPherson, MD | Common Pleas | Greenville County |
| 11/16/2015 | T | Rodney M. Brown | James Curtis Shelton, as Personal Estate Representative of the Estate of Rose Mary Shelton v. Bon Secours St. Francis Health System, Inc., and Kerisea S. McPherson, MD | Common Pleas | Greenville County |
| 11/18/2015 | T | Steven M. Krause | Rachel Michelle Whiteside v. Marcello Hochman, MD and The Facial Surgery Center | Common Pleas | Charleston County |
| 12/11/2015 | D | Robert F. Goings | Bobby Gene McClellan v. Joseph A. Rich, Lena M. Rich, George P. Faust and Christopher G. Faust | Common Pleas | Orangeburg County |
| 12/21/2015 | D | Carmen Harper Thomas | Betty Land and Michelle Stephanie Bowen as Personal Representative of the Estate of Gary F. Land v. Green Tree Servicing, LLC, Five Brothers Mortgage Company Services and Securing, Inc., PDQ Maintenance Solutions, Inc., Steve Thompson, Maintain It Now, LLC, James Dean, Scope Field Services, and Debbie Raker | US District Court | Anderson Division |

## Charles L. Alford, Ph.D.
## 2016 Depositions, Trials & Arbitrations

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 1/7/2016 | T | Robert F. Goings | Bobby Gene McClellan v. Joseph A. Rich, Lena M. Rich, George P. Faust and Christopher G. Faust | Common Pleas | Orangeburg County |
| 2/9/2016 | D | Kenneth C. Anthony | Robert P. Thompson and Debbi N. Thompson v. John R. Cocciolone and Greenville County Disabilities and Special Needs Board | Common Pleas | Greenville County |
| 3/2/2016 | T | Brooke Archenhold | Jamie P. Jones as Personal Representative of the Estate of Shannon E. Jones, deceased, v. Spartanburg Regional Health Services District, Inc., Lee Taylor, Jr., MD and Family Physicians of Spartanburg, PC | Common Pleas | Spartanburg County |
| 3/31/2016 | D | E. Grey Wicker | Siobhan Heiden and Michael Heiden v. Katherine E. Inclan | US District Court | District of South Carolina Anderson Division |
| 4/12/2016 | D | Max T. Hyde, Jr. | Michael Carey, Sr. v. Vivianne Lee Carey | Family Court | Spartanburg County |
| 4/28/2016 | D | Walter McBrayer Wood | Donna Adair Short and Tracy Short v. Allcare Clinical Associates, PA, Mission Hospital, Inc., and James B. Calderbank, MD | General Court of Justice Superior Court Division | North Carolina Buncombe County |
| 5/11/2016 | D | Mason A. Goldsmith, Sr. | Fraenkische USA, LP v. R&J Investments, Inc. | Common Pleas | Greenville County |
| 5/12/2016 | D | Robert F. Goings | Demaris Rivera v. Wendy Ann Orfi | Common Pleas | Beaufort County |
| 6/6/2016 | D | Steven M. Krause | Danny Argo and Brenda Argo v. David A. McCann, MD and Cornerstone Family Practice, LLC | Common Pleas | Anderson County |
| 6/21/2016 | D | James R. Gilreath | Russell L. Bauknight as Special Administrator of the Estate of James Brown, Deceased, and as Special Trustee of the James Brown 2000 Irrevocable Trust, and James Brown Enterprises, Inc., and James Brown, LLC v. David G. Cannon, Joel A. Katz, and Grenberg Traurig, LLP | Common Pleas | Aiken County |
| 8/30/2016 | D | Stephen R.H. Lewis | Jonathan D. Christopher v. George Christopher | Common Pleas | York County |
| 8/9/2016 | D | E. Brandon Gaskins | Charles Philip Toussaint, MD v. Palmetto Health and Greta S. Harper | US District Court | District of South Carolina |
| 8/11/2016 | D | Jennifer M. Eberle | Sheriel Yokley and Travis Yokley individually and in their capacity as Natural Parents and next of kin of Trevin Ray Yokley, deceased v.Terry A. Wynn, M.D., and Wynn Gynecology and Obstetrics, PLLC | Circuit Court | Giles County, Tennessee |
| 8/30/2016 | D | Blaney A. Coskrey, III | Barry T. Sparks v. The Columbia City Ballet and William Starrett | US District Court | District of South Carolina Columbia Division |
| 9/6/2016 | D | Brian C. Duffy | John F. Bartosh, Jr., individually and as Guardian of Amanda Lynn Bartosh v. Trident Medical Center, LLC, d/b/a Summerville Medical Center and Daniel W. Fisher, MD | Common Pleas | Dorchester County |
| 9/15/2016 | D | James R. Gilreath | Judy S. Shaffer v. Ralph D. Kellar and James G. Stephens, individually and as Personal Representative of the Estate of James B. Stephens and as Trustee of the Amended and Restated James B. Stephens Revocable Trust Agreement originally dated March 19, 1998 and as subsequently amended and restated in 1999, 2001, 2003, 2006, 2007 and 2008, and James Michael Stephens, individually and as a Beneficiary of the Estate of James B. Stephens and as a beneficiary of the James B. Stephens Revocable Trust Agreement originally dated March 19, 1998 and subsequently amended | Probate Court Thirteenth Judicial Circuit | Greenville County |
| 9/21/2016 | D | Charles J. Hodge | Christopher Knighton & Cristina Knighton v. Dorrian Taylor | Common Pleas | Spartanburg County |
| 9/27/2016 | D | Andrew N. Poliakoff | Tracy Hughes, by and through his Guardian ad Litem, Angela Hughes v. Sunbelt Rentals, Inc., et al. | Common Pleas | Spartanburg County |
| 10/6/2016 | D | James R. Gilreath | Peggy A. Hollingsworth, as Personal Representative of the Estate of Thomas F. Hollingsworth v. Charlotte Motor Speedway, LLC, Speedway Motorsports, Inc., North Carolina Association of Broadcasters, Inc., USO of North Carolina, Inc. and Deborah Lynn Mockus, as Administrator of the Estate of Alan Mockus | General Court of Justice Superior Court Division | North Carolina Cabarrus County |
| 11/3/2016 | D | W. Grady Jordan | Danny R. Duncan and Felecia K. Duncan v. S.S. Electrical, Inc. | Common Pleas | Pickens County |
| 11/10/2016 | T | Francis M. Hinson | Frank Heaps, III as Personal Representative of the Estate of Melissa Heaps vs. Lexington County Health Services District, Inc. | Common Pleas | Lexington County |
| 12/13/2016 | D | Mackenzie G. Archenhold | Tonette Harmon, as Personal Representative of the Estate of Jerry Wayne Harmon, deceased v. James William Carter, Sr., MD, Spartanburg Emergency Physicians, LLC, and Mary Black Health System, LLC | Common Pleas | Spartanburg County |

## Charles L. Alford, Ph.D.
## 2017 Depositions, Trials & Arbitrations

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 2/14/2017 | D | Wes A. Kissinger | Jose Guadalupe Marin v. Henry Allan Brown, et al. | Common Pleas | Spartanburg County |
| 3/23/2017 | D | W. Harold Christian, Jr. | Kirsten Fine Beischer, individually and as Personal Representative of the Estate of James Paul Beischer, Jr., deceased v. Bon Secours Health System, Inc., St. Francis Physician Services, Inc., St. Francis Hospital, Inc., St. Francis Health Care, Inc., Piedmont Family Practice, LLC and John L. Sloan, Jr., M.D. | Common Pleas | Greenville County |
| 4/20/2017 | D | Nihar M. Patel | Brandy S. Cousar v. M&R Carriers I, Inc. and Daniel K. Karanja | U.S. District Court | Greenville Division |
| 4/26/2017 | D | Charles J. Hodge | Martha C. Warren v. Barry M. Lazenby, MD, Upstate Carolina Radiology, PA (Spartanburg, SC), Bon Secours St. Francis Health System d/b/a St. Francis Cardiovascular Associates d/b/a Upstate Cardiology | Common Pleas | Spartanburg County |
| 5/3/2017 | D | W. Harold Christian, Jr. | Vicki Sheldon, individually and as Personal Representative of the Estate of Daniel Robert Sheldon v. Roper Hospital, Inc., Cardiothoracic Surgery of Charleston, Roper St. Francis Healthcare, Roper St. Francis Physicians Network, RSF Physician Partners, Physicians Network, Scott Ross, MD, Mary Utsey, Nitsa Calas Andrews, Hillary Rizzetto, and Jacquelyn Ammons | Common Pleas | Charleston County |
| 5/15/2017 | T | Douglas F. Patrick | Joseph Lyles v. Jennifer C. Dodson | Common Pleas | Greenville County |
| 6/22/2017 | D | Kenneth C. Anthony, Jr. | Jaimie Reda Moore v. Anthony Wade Ross and General Motors, LLC | Common Pleas | Spartanburg County |
| 6/30/17 7/28/17 | D | Aimee V. Leary | Advance Nursing Corporation v. South Carolina Hospital Association, SCHA Solutions, Inc., Greenville Health System, Spartanburg Regional Health Services District, Inc. d/b/a Spartanburg Regional Healthcare System, Mary Black Health System, Palmetto Health, Lexington County Health Services District, Inc. d/b/a Lexington Medical Center, Tuomey, Carolinas Hospital System, St. Francis Hospital, Inc., Sister of Charity Providence Hospitals, Providence Hospital, LLC, and Regional Medical Center of Orangeburg and Calhoun Counties | U.S. District Court | Greenville Division |
| 7/11/2017 | T | Charles J. Hodge | Martha C. Warren v. Barry M. Lazenby, MD, Upstate Carolina Radiology, PA (Spartanburg, SC), Bon Secours St. Francis Health System d/b/a St. Francis Cardiovascular Associates d/b/a Upstate Cardiology | Common Pleas | Spartanburg County |
| 7/13/2017 | D | L. Lee Plumblee | VFC 29 Pearman Properties, LLC v. Electric City Fitness, Inc., et al. | Common Pleas | Anderson County |
| 9/27/2017 | T | Robert F. Goings | Stephanie Jones Baer v. Jordan Carriers, Inc. | Common Pleas | Aiken County |
| 9/27/2017 | T | Bryant C. Witt | Teresa Hanna and Maher Girgis, individually, as husband and wife, and on behalf of their deceased child, Natalie Girgis v. Dr. Kendra Hayslett and Dr. Michael Meadors, Sr. | Circuit Court | Davidson County, TN |
| 9/29/2017 | T | Joseph O. Smith | Encore Technology Group, LLC v. Keone Trask and Clear Touch Interactive, Inc., f/k/a Clear Touch Interactive, LLC | Common Pleas | Greenville County |
| 10/5/2017 | D | Douglas F. Patrick | Jason and Abby Banks, as Parents and Natural Guardians of Wyatt Banks, a minor v. Self Regional Healthcare System; and, Greenville Hospital System. a/k/a Greenville Hospital System Foundation, Inc. | Common Pleas | Greenville County |
| 10/9/2017 | D | Jennifer S. Burnett | Cecelia Pate Edwards, as the Parent and Natural Guardian of Frances Lynn Self v. Thomas P. Giudice, M.D. and South Carolina OB-Gyn Associates, PA | Common Pleas | Richland County |
| 11/15/2017 | D | Neal D. Truslow | Mary Joan Ball v. Melvin Younts | Common Pleas | Orangeburg County |
| 12/1/2017 | D | Robert F. Goings | Lisa Marie Mathis v. C.R. Jackson, Inc. | Circuit Court | Richland County |
| 12/20/2017 | D | E. Jordan Teague | Mike Putman v. Rovia, LLC and World Venture Holdings, LLC | Common Pleas | Greenville County |

## Charles L. Alford, Ph.D.
## 2018 Depositions, Trials & Arbitrations

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|------|------|------|------|------|------|
| 1/23/2018 | T | E. Jordan Teague | Mike Putman v. Rovia, LLC and World Venture Holdings, LLC | Common Pleas | Greenville County (trial held in Anderson County) |
| 2/14/2018 | T | Jesse C. Belcher | Major Automated Specialists, LLC v. Dominick C. Abbate, Matthew Abbate, Golden Strip Glass, Inc., Golden Strip Mirror & Glass, Inc., Harry Kurtz, and AKJ Consulting, Inc. | Circuit Court | Greenville County |
| 2/27/2018 | D | W. Duvall Spruill | Machinery Solutions, Inc. v. Doosan Infracore American Corporation and Ellison Technologies, Inc. | U.S. District | District of South Carolina Columbia Division |
| 3/14/2018 | D | Steven M. Krause | Kristin Nicole Queen, as Natural Parent and Guardian of Cheyenne P., a Minor, v. Riley Christopher McDermott, Hooters of America, LLC, HOA Restaurant Holder, LLC and The Bench, LLC | Common Pleas | Anderson County |
| 4/3/2018 | D | Daniel R. Hughes | Amanda S. Crumpton, John A. Crumpton, and Amanda S. Crumpton and John A. Crumpton as natual parents and guardians for Julian Crumpton, their minor child v. Arvie E. Simmons | Common Pleas | Greenville County |
| 4/6/2018 | D | Thomas A. Killoren | David Norman Senn and Rhonda Kay Senn v. Wal-Mart Stores, Inc., and Wal-Mart Stores East, L.P. | US District | District of South Carolina Spartanburg Division |
| 4/12/2018 | D | Brian T. Smith | Renee Marie Pittman v. Charles Edward Satterfield and The Wholesale Outlet, Inc. | Common Pleas | Greenville County |
| 4/13/2018 | D | Angela S. Beeker | Michael L. Hendrix, Jr. and Julie Hendrix v. Werner C. Brooks, MD and Blue Ridge Bone and Joint Clinic | General Court of Justice Superior Court Division | Henderson County |
| 5/1/2018 | D | S. Brook Fowler | Karen J. Littlefield and Keith Littlefield v. Stephen M. Kana, MD; Orthopedic Specialties of Spartanburg, LLC; Mary Black Health System, LLC d/b/a Mary Black Memorial Hospital; NHC Healthcare/Greenville, LLC; Carolina Medical Rehabilitation, LLC; and Spartanburg Regional Health Services District, Inc. a/k/a Spartanburg Regional Healthcare System d/b/a Spartanburg Regional Medical Center and Spartanburg Hospital for Restorative Care, and Alliance Inpatient Medicine, LLC · | Common Pleas | Spartanburg County |
| 5/23/2018 | D | Jennifer S. Burnett | Jonathan and Andrea Rackley, individually and as the Parents and Natural Guardians of Baby Rackley, an infoant v. Karen Lee Hand, Travel Nurse Across America, Greenville Health System, Byran Ohning, MD and Pediatrix Medical Group of South Carolina, PA | Common Pleas | Greenville County |
| 5/29/2018 | D | Brad Hewett | Sharon Walker v. DDR Corporation, BRE DDR Harbison Court, LLC., John Doe Company No. 1, John Doe Company No. 2, and John Doe Company No. 3 | Common Pleas | District of South Carolina Columbia Division |
| 6/7/2018 | T | Angela S. Beeker | Michael L. Hendrix, Jr. and Julie Hendrix v. Werner C. Brooks, MD and Blue Ridge Bone and Joint Clinic | General Court of Justice Superior Court Division | Henderson County |
| 7/16/2018 | D | Daniel E. Henderson | Lisa W. Koon v. South Carolina Department of Transportation and O.C. Welch Ford Lincoln, Inc. | Common Pleas | Jasper County |
| 7/23/2018 | D | Alexandria E. Seay | Jessica White & Jason White, individually and as the Natural Parents of Cameron Keller White, deceased v. Ivan Diamond, MD, Carol Stong, Northside Women's Specialists, Inc., Pediatrix Medical Group of Georgia, P.C. and Obstetrix Medical Group of Atlanta, LLC | Georgia State Court | Fulton County |
| 8/17/2018 | D | Wes A. Kissinger | Bobby Dean Littlejohn v. Churpeyes II, Inc. d/b/a Church's Chicken, and Friedman, Fleischer & Lowe, LLC | Common Pleas | Greenville County |
| 10/5/2018 | D | Wes A. Kissinger | Kertus Austin Davis v. James Edward Ellis and Duke Energy Corporation | Common Pleas | Cherokee County |
| 10/22/2018 | D | Francis M. Hinson | Robert Kenneth Hilliard v. Southern Health Partners, Inc., Charles A. Bush, M.D., and Marlboro County | Common Pleas | Marlboro County |
| 11/2/2018 | T | Thomas W. Traxler | Jay Forrest Leonard v. Deborah Dawn Moffatt Leonard | Family Court | Greenville County |
| 11/9/2018 | D | Gregory J. English Randle Moody, II | James B. Orders III v. David K. Orders | Common Pleas | Greenville County |
| 11/27/2018 | D | Jennifer S. Burnette | Meliah Bowers Jefferson and Ashante Jefferson v. St. Francis Hospital Eastside, et al | Common Pleas | Greenville County |
| 12/7/2018 | D | Lynn Seithel | Bonnie Barton and Seth Barton, individually, and as Representative of The Estate of Stephanie Barton and Bonnie Barton as Guardian of Ethan Barton, v. Carolinas Physician Network d/b/a Carolinas Health Care System, Lake Park Family Practice, Douglas S. Chen, M.D., Dawn M. Hale, N.P. and Marlene Traywick, N.P. | General Court of Justice Superior Court Division | Union County |
| 12/9/2018 | T | Gregory J. English Randle Moody, II | James B. Orders III v. David K. Orders | Common Pleas | Greenville County |

| Date | Deposition, Trial or Arbitration | Attorney | Case | Type of Court | Location |
|---|---|---|---|---|---|
| 3/19/2019 | D | Manton M. Grier | W. Lee Flowers & Co., Inv. v. Bumble Bee Foods, LLC; Tri-Union Seafoods, LLC d/b/a Chicken of the Sea International; Thai Union Group Public Company, Ltd; StarKist Co.; Del Monte Corporation; Dongwon Industries Co; Ltd.; Lion Capital LLP; Lion Capital (Americas), Inc.; and Big Catch Cayman LP aka Lion/Big Catch Cayman LP | US District Court | Southern District of California |
| 3/20/2019 | D | Francis M. Hinson | David L. Scheer, as Personal Representative of the Estate of Matthew J. Scheer v. Nirlep A. Patel, M.D., Southern Myrtle Inpatient Services, LLC, and Grand Strand Regional Medical Center | Common Pleas | Horry County |
| 3/22/2019 | D | Christopher J. Moore | Sara Belfore v. Ford Motor Company and Family Auto of Anderson | Common Pleas | Anderson County |
| 4/3/2019 | T | Lynn Seithel | Bonnie Barton and Seth Barton, Individually, and as Representative of The Estate of Stephanie Barton and Bonnie Barton as Guardian of Ethan Barton v. Carolinas Physician Network d/b/a Carolinas Health Care System, Lake Park Family Practice, Douglas S. Chen, M.D., Dawn M. Hale, N.P., and Marlene Traywick, N.P. | General Court of Justice Superior Court Division | Union County |
| 4/22/2019 | D | Andrew W. Creech | Elizabeth Turney Guffey, as Administratrix of the Estate of James Frank Guffey v. Gaston Memorial Hospital, Inc., d/b/a Caromont Regional Medical Center; Caromont Health, Inc.; Caromont Medical Group, Inc.; Amir Rasheed Ahmed, M.D., East Carolina Anesthesia Associates, PLLC; Latasha M. Mohr, CRNA; Gaston Anesthesia Associates, P.A.; and Thomas E. McNiff, III, M.D. | General Court of Justice Superior Court Division | Gaston County |
| 5/29/2019 | D | Francis M. Hinson | Beverly Rabon as PR of the Estate of Hilario Guzman v. Gina A. Martin, M.D. and Carolina Care, P.A. | Common Pleas | Richland County |
| 6/11/2019 | T (de benne esse) | Francis M. Hinson | Robert Kenneth Hilliard v. Southern Health Partners, Inc., Charles A. Bush, M.D., and Marlboro County | Common Pleas | Marlboro County |
| 7/18/2019 | D | Elizabeth Waldrep | Vicki Littlefield v. Paul W. Cromer, Jr. | Common Pleas | Anderson County |
| 7/22/2019 | D | Steven R. LeBlanc | The Tool Shed, Inc. v. Mattoon Rural King Supply, Inc. d/b/a Rural King Supply | US District Court | Greenville Division |
| 8/13/2019 | T | Robert F. Goings | Nichole Michelle Bibbs, Individually and as natural mother of minors Christian Smith, Naheim Smith, and Shontavious Smith v. Eva L. Holmes | Common Pleas | Edgefield County |
| 8/14/2019 | D | Deborah G. Casey | Mary Elizabeth Barnhardt Vincent and Joseph B. Vincent, Jr. v. The Charlotte Mecklenburg Hospital Authority d/b/a Carolinas Medical Center Northeast, Atrium Health, and Carolinas Healthcare System; Carolinas Physicians Network, Inc. d/b/a Northeast Neurology and Carolinas Hospitalists Group at Carolinas Medical Center Northeast; Health Network, Inc.; Leon Britton, M.D.; Jessica Lisa McCutcheon, M.D., and Chut Sombutmai, D.O. | General Court of Justice Superior Court Division | Cabarrus County |
| 8/19/2019 | D | K. Jay Anthony | Ashley and Benjamin Remick v. D.R. Horton, Inc., RL Grading, LLC, VL Concrete, Inc., and Jesus Hernandes Alvarez | Common Pleas | Spartanburg County |
| 8/22/2019 | D | D. Reece Williams, III | Colen R. Lindell and Shelley Wyndham Lindell, Individually and as Personal Representative of The Estate of Margaret Lubov Lindell v. Aiken Regional Medical Centers, LLC, Michael Annunziata, M.D., Nathan Miller, M.D., Charles C. Eaves, D.O., and Alfonso Gay, M.D. | Common Pleas | Aiken County |
| 9/10/2019 | D | Bert G. Utsey, III | Melvin R. Riddle v. Cannon Memorial Hospital, Inc. d/b/a AnMed Health Cannon, Michael L. Dillard, M.D., Michael E. Donald, M.D., and James C. Caldwell, M.D. | Common Pleas | Pickens County |
| 9/11/2019 | D | Francis M. Hinson | Todd McNelis and Jennifer McNelis v. Palmetto Emergency Physicians of Berkeley County, LLC, Robert Anders, M.D. and Roper St. Francis Healthcare, d/b/a Roper Berkeley Hospital | Circuit Court | Berkeley County |
| 9/24/2019 | T | Elizabeth Waldrep | Vicki Littlefield v. Paul W. Cromer, Jr. | Common Pleas | Anderson County |
| 10/29/2019 | D | Paul S. Landis | Chuna Forry and Brian Forry v. Eric Dunbar and Sunland Logistics Solutions, Inc. | Common Pleas | Richland County |
| 11/6/2019 | T | D. Reece Williams, III | Colen R. Lindell and Shelley Wyndham Lindell, Individually and as Personal Representative of The Estate of Margaret Lubov Lindell v. Aiken Regional Medical Centers, LLC, Michael Annunziata, M.D., Nathan Miller, M.D., Charles C. Eaves, D.O., and Alfonso Gay, M.D. | Common Pleas | Aiken County |
| 11/14/2019 | D | Brian P. Murphy | Tara Taylor v. Fluor Corporation and Fluor Government Group International, Inc. | US District Court | District of South Carolina |
| 12/3/2019 | T | George Campbell Gregory J. English | Robert Redmond v. David Read, et al. | Common Pleas | Anderson County |